IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW STEVEN WALKER                                              PLAINTIFF
ADC #118512

v.                       No: 5:19-cv-00050 KGB-PSH

GEORGE D. WILSON, *et al.*                                       DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Andrew Steven Walker filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 31, 2019, while in custody at the Arkansas Division of Correction's Ouachita River Unit (Doc. No. 2).[1] On November 4, 2021, mail sent

---

[1] In its initial order to Walker, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address. The Court also notified

to Walker was returned as undeliverable (Doc. No. 98). The same day, the Court entered a text order notifying Walker that the mail could not be delivered to him because he was no longer at the address he provided (Doc. No. 99). Walker was directed to provide notice of his current mailing address no later than thirty days from the entry of the November 4, 2021 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address. The envelope containing the Court's November 4 order could not be delivered to Walker because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket. *See* Doc. No. 100.

More than 30 days have passed, and Walker has not complied or otherwise responded to the November 4 order. Walker failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District

---

Walker that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. Doc. No. 3.

courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that this case be dismissed without prejudice, and the Defendant's Motion for Summary Judgment (Doc. No. 87) be denied as moot.

DATED this 8th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE