IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW STEVEN WALKER**  **PLAINTIFF**
**ADC #118512**

v.   Case No: 5:19-cv-00050 KGB-PSH

**GEORGE D. WILSON,** *et al.*   **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Partial Recommendation submitted on May 4, 2021, and Proposed Findings and Recommendation submitted on December 8, 2021, (collectively, "Recommendations") by United States Magistrate Judge Patricia S. Harris (Dkt. Nos. 86, 101). No objections have been filed to the Mary 4, 2021, or December 8, 2021, Recommendations, and the time for filing objections has passed. After careful consideration, the Court adopts each of the Recommendations as this Court's findings of fact and conclusions of law in all respects (Dkt. Nos. 86, 101.).

Accordingly, the Court grants the joint motion to dismiss filed by plaintiff Andrew Walker and separate defendants Estella Bland, Wendy Kelley, George Wilson, and William Straughn (Dkt. No. 85). Mr. Walker's claims against these defendants are dismissed with prejudice. The motion for summary judgment filed by defendant LaSonya Griswold is denied as moot (Dkt. No. 87), and Mr. Walker's complaint as to Ms. Griswold is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas and failure to respond to this Court's Orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

It is so ordered this 2nd day of March, 2022.

_____
Kristine G. Baker
United States District Judge