# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW STEVEN WALKER**  **PLAINTIFF**
**ADC #118512**

v.  Case No: 5:19-cv-00050 KGB-PSH

**GEORGE D. WILSON,** *et al.*  **DEFENDANTS**

## ORDER

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed. The relief requested is denied.

So adjudged this 2nd day of March, 2022.

_____
Kristine G. Baker
United States District Judge